UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:16-CR-112 |
| ) | |
| BROCKETT PATRICK IAN LANG ) | |
| ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment, that is, of sex trafficking of a minor in violation of 18 U.S.C. § 1591(a) and (b); (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find that Defendant shall remain in custody until sentencing in this matter [D. 50]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 50] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

1

(2) Defendant's plea of guilty to Count One of the Indictment, that is, sex trafficking of a minor in violation of 18 U.S.C. § 1591(a) and (b), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth Count One of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 6, 2020 at 1:30 p.m. in Greeneville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**SO ORDERED.**

**ENTER:**

*/s/ Pamela L. Reeves*
_____
**CHIEF UNITED STATES DISTRICT JUDGE**